IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY JOHNSTON                                                                                              PLAINTIFF

v.                                             Case No. 4:16-cv-4111

PROGRESSIVE ENVIRONMENTAL
SERVICES, INC. and JARED STANLEY                                                            DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw. ECF No. 14. Defendants move the Court to withdraw all defenses asserted in accordance with Arkansas Rules of Civil Procedure 12(b)(4) and 12(b)(5). Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. All asserted defenses by both Defendants made in accordance with Rules 12(b)(4) and 12(b)(5) of the Arkansas Rules of Civil Procedure are withdrawn. Because these defenses are withdrawn, Plaintiff's Motions to Strike Insufficient Defenses (ECF Nos. 8 and 9) are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 31st day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge