IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY JOHNSTON                                                                     PLAINTIFF

v.                                       Civil No. 4:16-cv-4111

PROGRESSIVE ENVIRONMENTAL
SERVICES, INC. and JARED STANLEY                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed April 10, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that the parties' Agreed Protective order be entered. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1) and ECF No. 58. Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Court will enter the Agreed Protective Order submitted by the parties. Because the parties have submitted an Agreed Protective Order, the Motion for Protective Order filed by Defendants (ECF No.15) is now moot.

**IT IS SO ORDERED**, this 1st day of May, 2017.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge