IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY JOHNSTON                                                                                          PLAINTIFF

v.                                              Civil No. 4:16-cv-4111

PROGRESSIVE ENVIRONMENTAL
SERVICES, INC. and JARED STANLEY                                                            DEFENDANTS

## ORDER

Before the Court is a Joint Motion to Allow Limited Supplementation of Expert Disclosures. ECF No. 27. The parties move the Court to allow supplementation of expert disclosures for the limited purpose of including information from the Rule 30(b)(6) deposition scheduled for July 31, 2017. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion is **GRANTED**.

The parties have up to and including August 29, 2017, to supplement expert disclosures for the limited purpose of including information from the Rule 30(b)(6) deposition. **All other deadlines remain unchanged, including the August 30, 2017 deadline for filing dispositive motions.**

**IT IS SO ORDERED**, this 20th day of July, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge