IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY JOHNSTON                                                                              PLAINTIFF

v.                                    Civil No. 4:16-cv-4111

PROGRESSIVE ENVIRONMENTAL
SERVICES, INC. and JARED STANLEY                                              DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion to Allow Limited Discovery as to Plastic Surgery. ECF No. 29. Defendants have not responded to the motion, and the time for response has passed. The Court finds the matter ripe for consideration.

Plaintiff moves the Court to allow him to update his discovery disclosures with information and opinions relating to plastic surgery that is to be performed on him by Robert Taylor, M.D. Plaintiff further moves the Court to allow him to take Dr. Taylor's deposition. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion is **GRANTED**.

Plaintiff has up to and including August 29, 2017, to update his discovery disclosures with information and opinions related to the plastic surgery to be performed by Dr. Taylor. Plaintiff has up to and including August 29, 2017, to depose Dr. Taylor. **All other deadlines remain unchanged, including the August 30, 2017 deadline for filing dispositive motions.**

**IT IS SO ORDERED**, this 21st day of August, 2017.

                                                      /s/ Susan O. Hickey
                                                      Susan O. Hickey
                                                      United States District Judge