IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

COREY JOHNSTON                                                                                    PLAINTIFF

v.                                            Case No. 4:16-cv-4111

PROGRESSIVE ENVIRONMENTAL SERVICES, INC.
and JARED STANLEY                                                                              DEFENDANTS

## JUDGMENT

The parties have filed a Joint Stipulation of Voluntary Dismissal. ECF No. 43. The parties stipulate to the dismissal with prejudice of Plaintiff's complaint, with each party to bear its own costs. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 16th day of November, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge